UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JOHN J. TURI,**

      **Plaintiff,**

**v.**                                                                 **Case No: 5:13-cv-248-Oc-22PRL**

**THOMAS STACEY, STACEY
INTERNATIONAL, STACEY
PUBLISHING LTD, STRUAN
SIMPSON and KEITH YOUNG**

      **Defendants.**

---

## ORDER

This case comes before the Court for consideration of *pro se* Plaintiff's motion for an extension of time to process service pursuant to the Hague Convention Rules and United Kingdom Judicial System.  (Doc. 24).  The Plaintiff previously requested appointment of a special process server, and the Court appointed John Pierceall and Agents of Ancillary Service Corporation as special process server for the purposes of serving Defendants, citizens of the United Kingdom, under the Hague Convention.  (Doc. 19).

Plaintiff now moves the Court for an extension until June 1, 2014 to complete service, due to the time needed for the procedures under the Hague Convention and United Kingdom requirements.  In support, Plaintiff includes correspondence from Ancillary Service Corporation stating that the process typically takes 16 weeks, and should be completed during May.  (Doc. 24, p. 2).

Accordingly, upon due consideration, Plaintiff's motion (Doc. 24) is GRANTED, and Plaintiff shall have until June 1, 2014 to complete service upon Defendants.

**DONE** and **ORDERED** in Ocala, Florida on January 29, 2014.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties