**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**JOHN J. TURI,**

    **Plaintiff,**

v.                                                                   Case No: 5:13-cv-248-Oc-22PRL

**THOMAS STACEY, STACEY INTERNATIONAL, STACEY PUBLISHING LTD, STRUAN SIMPSON and KEITH YOUNG**

    **Defendants.**

## ORDER

Pending before the Court is Plaintiff's motion requesting a copy of Defendants' response to the Court's order to show cause. (Doc. 48). Plaintiff requests a "legible" copy of Defendants' response to the Court's order to show cause, as the copy Plaintiff received is difficult to read.

Upon due consideration, the Court **DENIES as moot** Plaintiff's motion (Doc. 48). The Court conferred with the Clerk's office, which advised that Plaintiff was provided with a copy of the requested document.

The Court directs both parties to review all of the Federal Rules of Civil Procedure, and specifically Rule 5(a)(1)(D), which directs parties to serve "written motion[s]" on "every party." Fed. R. Civ. P. 5. Rule 5(b) explains the proper methods of service.

**DONE** and **ORDERED** in Ocala, Florida on October 16, 2014.

- 2 -

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties